# UNITED STATES AIR FORCE
## COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **UNITED STATES** | ) | **No. ACM S32826** |
| *Appellee* | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **Ryan C. FLANAGAN** | ) | |
| **Airman First Class (E-3)** | ) | |
| **U.S. Air Force** | ) | |
| *Appellant* | ) | **Panel 2** |

On 2 June 2026, Appellant submitted a motion to withdraw Appellant's case from appellate review, accompanied by a request to attach Appellant's DD Form 2330, *Waiver/Withdrawal of Appellate Rights in General and Special Courts-Martial Subject to Review by a Court of Criminal Appeals*, signed by Appellant on 1 June 2026 and Appellant's counsel on 2 June 2026.

Accordingly, it is by the court on this 9th day of June, 2026,

**ORDERED:**

Appellant's Motion to Withdraw from Appellate Review and Attach is **GRANTED.** Appellant's case is forwarded to the Appellate Records Branch (JAJM) for further processing in accordance with Rules for Courts-Martial 1115(f)(3) and 1201, *Manual for Courts-Martial, United States* (2024 ed.).

FOR THE COURT

JACOB B. HOEFERKAMP, Capt, USAF
Chief Commissioner